HARRINGTON, *Appellant*, v. MINOR.

**Practice** : OBJECTIONS: INSTRUCTIONS. This court will not review a case when no objections are made or exceptions saved to the admission of evidence during the trial, and no instructions asked, or given by the court. The law applicable to a case can only be reviewed by this court when declarations of law or instructions are asked.

*Appeal from Jasper Circuit Court.*—HON. M. G. McGREGOR, Judge.

AFFIRMED.

*Harding & Buler* for appellant.

*A. L. Thomas* with *Phelps & Brown* for respondent.

No instruction having been asked or given, there is nothing for this court to review. *Easley v. Elliott*, 43 Mo. 289; *Wilson v. Ryles*, 46 Mo. 36; *Weilandy v. Lemuel*, 47 Mo. 322. Attorney's fees are properly allowable by way of damages upon the dissolution of an injunction. *Hann. & St. J. R. R. Co. v. Shipley*, 1 Mo. App. 254; *State Treasurer v. Bledsmire*, 56 Mo. 226; *Uhrig v. City of St. Louis*, 47 Mo. 528.

EWING, C.—This is an appeal from the action of the circuit court of Jasper county in assessing damages upon an injunction bond. A jury being waived, the cause was tried by the court.

No objection was made, on the trial by appellant, to the introduction of the testimony or the mode of assessing the damages, nor were there any instructions of law asked or given by the court. There is nothing in this case for this court to review.

The only way in which errors can be corrected, if the law is wrongfully decided, or a misapplication of the law to the facts is made by the lower court, is to ask declara-

tions of law or instructions, in order that this court may see upon what theory the court below proceeded. There is no question of law presented or saved in a manner which this court can review. *Easley v. Elliot*, 43 Mo. 289 ; *Weilandy v. Lemuel*, 47 Mo. 322.

Judgment affirmed. All concur.